UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff<br><br>vs.<br><br>Pureco-Lopez<br><br>           Defendant(s) | CRIMINAL NO. __08MJ2048__<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a ~~material witness~~ be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

**Israel Meza-Aguilar**

DATED: __7/23/08__

                                                              UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____                       OR
           DUSM

                                                            W. SAMUEL HAMRICK, JR.  Clerk

                                                            by _____
                                                                            Deputy Clerk